# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEPHEN CIOLINO,

            Plaintiffs,

v.

JAMES DZURENDA, et al.,

           Defendants.

2:19-cv-0520-MMD-CLB

**ORDER**

    This case is stayed and is in line to be set for an inmate mediation conference (ECF No. 17). "During this stay period . . . no other pleadings of papers may be filed in this case . . . " (*Id.*) Therefore, plaintiff's motion to enforce settlement agreement/consent decree (ECF Nos. 21 & 24) are hereby **DENIED.**

    **DATED:** February 5, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

1